**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

Order Filed on March 19, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Thomas G. Egner, Esq.
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
tegner@mcdowelllegal.com

---------------------------------------------------------------X
In re:                                           :    Chapter 13
                                                 :
Tracy L Williams,                                :    Case No. 19-10946
                                                 :
                                                 :    Hearing Date: March 19, 2019 at 10:00 A.M.
                                                 :
                                                 :    Judge: Honorable Jerrold N Poslusny
                                                 :
                    Debtor(s).                   :
---------------------------------------------------------------X

### ORDER AUTHORIZING DEBTOR TO APPLY TO THE U.S.B.C. LOSS MITIGATION PROGRAM OUTSIDE OF THE PRESCRIBED TIME PERIOD

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 19, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors:  Tracy L. Williams
Case No.:  19-10945
Caption:  Order Authorizing Debtor to Apply to the Loss Mitigation Program Out of Prescribed Time Period
Page 2 of 2

**THIS MATTER** having been opened to the Court by Thomas G. Egner, Esquire, attorney for the debtor(s) herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof it is hereby;

**ORDERED** that the Debtor is hereby authorized to apply to the U.S.B.C. Loss Mitigation Program outside the prescribed time period for the property commonly known as: **13 Jerrys Court, Sicklerville, NJ 08081**.