**UNITED STATES BANKRUPTCY CO[...]
DISTRICT OF NEW JERSEY
CAMDEN**

Order Filed on March 19, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

**Thomas G. Egner, Esq.
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
tegner@mcdowelllegal.com**

---------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Tracy L Williams,** | : | **Case No. 19-10946** |
| | : | |
| | : | **Hearing Date:** March 19, 2019 at 10:00 A.M. |
| | : | |
| | : | **Judge:** Honorable Jerrold N Poslusny |
| | : | |
| **Debtor(s).** | : | |

---------------------------------------------------------------X

## ORDER AUTHORIZING DEBTOR TO APPLY TO THE U.S.B.C. LOSS MITIGATION PROGRAM OUTSIDE OF THE PRESCRIBED TIME PERIOD

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: March 19, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors:  Tracy L. Williams
Case No.:  19-10945
Caption:  Order Authorizing Debtor to Apply to the Loss Mitigation Program Out of Prescribed Time Period
Page 2 of 2

**THIS MATTER** having been opened to the Court by Thomas G. Egner, Esquire,

attorney for the debtor(s) herein, and the Court having considered the papers submitted herein,

and for good cause having been shown for the making and entry hereof it is hereby;

**ORDERED** that the Debtor is hereby authorized to apply to the U.S.B.C. Loss Mitigation

Program outside the prescribed time period for the property commonly known as: **13 Jerrys
Court, Sicklerville, NJ 08081**.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-10946-JNP
Tracy L Williams                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin             Page 1 of 1           Date Rcvd: Mar 19, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2019.
db             +Tracy L Williams,   13 Jerrys Court,   Sicklerville, NJ 08081-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2019 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
             as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
             2006-12 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
            Linda S. Fossi    on behalf of Creditor    US BK Cust for PC7 Firsttrust lfossi@zeitzlawfirm.com,
             gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
            Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
             as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
             2006-12 rsolarz@kmllawgroup.com
            Thomas G. Egner    on behalf of Debtor Tracy L Williams tegner@mcdowelllegal.com,
             kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
             om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 7