## United States Bankruptcy Court
**District of New Jersey**

In re **Tracy L. Williams**  
Debtor(s)

Case No. **19-10946**  
Chapter **13**

# NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on **October 1, 2019**, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date **October 1, 2019**

Signature **/s/ Tracy L. Williams**  
**Tracy L. Williams**  
Debtor

Attorney **/s/ Thomas G. Egner, Esq.**  
**Thomas G. Egner, Esq.**

**McDowell Law, PC**  
**46 West Main St.**  
**Maple Shade, NJ 08052**  
**856-482-5544**  
**Fax: 856-482-5511**