UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Tracy Williams

Case No.: 19-10946/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __January 7, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
13 Jerrys Court
Sicklerville, NJ
FMV - $265,260.00

Liens on property:
Specialized Loan Service - $352,742.00

Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Tracy L Williams  
    Debtor

Case No. 19-10946-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3    Date Rcvd: Dec 05, 2019  
                     Form ID: pdf905    Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.

```
db             +Tracy L Williams,    13 Jerrys Court,    Sicklerville, NJ 08081-1524
aty            +Pluese, Becker Saltzman LLC,    Attn: Shannon Burrini, Esq.,    20000 Horizon Way,    Suite 900,
                 Mt. Laurel, NJ 08054-4318
517971161      +APEX Asset Management LLC,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
517971163      +Bank of New York Mellon,    as Trustee for CWABS, Inc,    101 Barclay Street, 4W,
                 New York, NY 10286-0001
517971164       Bayada Home Health Care,    PO Box 536446,    Pittsburgh, PA 15253-5906
518103483      +CAMDEN COUNTY MUA,    1645 Ferry Ave,    Camden NJ 08104-1311
518494800       CST Co,    PO Box 33127,    Louisville, KY 40232-3127
517971168      +Commonwealth Financial Systems,    Attn: Bankruptcy,    245 Main Street,
                 Dickson City, PA 18519-1641
517971169      +Complet Collection Service,    1007 N Federla Hwy # 280,    Fort Lauderdale, FL 33304-1422
518494801       Diagnostic Pathology Consultants,    175 Madison Avenue,    Mount Holly, NJ 08060-2038
517971172      +EOS CCA,    P.O. Box 981002,    Boston, MA 02298-1002
517971171       Emergency Phy Assoc of S.JerseyPC,    P.O. Box 635999,    Cincinnati, OH 45274-0021
518064509       Emergency Physician Associate of South Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
517971173      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517971174      +Experian,    PO Box 4500,    Allen, TX 75013-1311
517971175      +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517971176      +Gloucester Township,    Tax Office,    PO Box 8,    Blackwood, NJ 08012-0008
517971177      +I C System Inc,    Attn: Bankruptcy,    P.O. Box 64378,    St. Paul, MN 55164-0378
517971179      +Kennedy Health System,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2020
517971180       Kennedy Medical Group Practice, P.C.,    PO Box 95000,    CL#4570,    Philadelphia, PA 19195-0001
518494803      +NewRez LLC,    Attn: Bankruptcy Dept.,    4000 Chemical Road,    Suite 200,
                 Plymouth Meeting, PA 19462-1708
518494804       Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
517971184      +Pluese, Becker Saltzman, LLC,    Attn: SHannon Burrini, Esq.,    20000 Horizon Way,    Suite 900,
                 Mount Laurel, NJ 08054-4318
517971185      +Presbyterian Hospital PP,    PO Box 824314,    Philadelphia, PA 19182-4314
517971186       Radiology Asscoiates of New Jersey, PC,    28075 Network Place,    Chicago, IL 60673-1280
517971188      +Regional Sewer Service,    P.O. Box 1105,    Bellmawr, NJ 08099-5105
517971189      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd,    Suite 300,
                 Highlands Ranch, CO 80129-2386
517971190      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
517971191      +Stephn E. Shpeen DMD, LLC,    546 Lippincott Drive,    Marlton, NJ 08053-4807
518025101      +The Bank of New York Mellon FKA,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518140578      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517971193      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
517971194      +Trojan Professional Services,    Attn: Bankruptcy,    Po Box 1270,    Los Alamitos, CA 90720-1270
518151998       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
518000640      +US BK CUST FOR PC7 FIRSTTRUST,    Linda S. Fossi, Esquire,    GARY C. ZEITZ, L.L.C.,
                 1101 Laurel Oak Road, Suite 170,    Voorhees, New Jersey 08043-4381
517971195      +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
518494806      +US Hunt,    65 Old Solomons Isle Road,    Annapolis, MD 21401-3841
518076806      +Virtua Health System WJ,    Apex Asset Management, LLC,    PO Box 5407,
                 Lancaster, PA 17606-5407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2019 00:00:30     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2019 00:00:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518036125       E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 05 2019 23:59:42
                 Ascendium Education Solutions, Inc.,    Po Box 8961,    Madison, WI 53708-8961
517971162       E-mail/Text: paymentprocessing@avanteusa.com Dec 05 2019 23:59:35     Avante,
                 3600 South Gessner Road,    Ste 225,    Houston, TX 77063
517971165      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 06 2019 00:13:26     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517971166      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 06 2019 00:13:35
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517992123      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 06 2019 00:14:14
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518045001      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 06 2019 00:14:32
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517971167      +E-mail/Text: bankruptcy@philapark.org Dec 06 2019 00:01:09     City of Philadelphia,
                 Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
```

```
District/off: 0312-1              User: admin              Page 2 of 3              Date Rcvd: Dec 05, 2019
                                  Form ID: pdf905          Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518494799        E-mail/Text: documentfiling@lciinc.com Dec 05 2019 23:59:39     Comcast,   PO Box 3001,
                 Southeastern, PA 19398-3001
517971170       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 06 2019 00:13:35     Credit One Bank,
                 Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
518494802       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 06 2019 00:13:44     Direct TV,
                 by American InfoSource LP as,   agent,   4515 N. Santa Fe Ave.,   Oklahoma City, OK 73118-7901
517971178       +E-mail/Text: cio.bncmail@irs.gov Dec 06 2019 00:00:02     Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
518062764        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 00:13:41     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518036140        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 05 2019 23:59:42
                 NAVIENT SOLUTIONS, LLC. ON BEHALF OF,   Ascendium Education Solutions, Inc.,   Po Box 8961,
                 Madison, WI 53708-8961
518038126       +E-mail/Text: ecfbankruptcy@progleasing.com Dec 06 2019 00:00:33     NPRTO North East LLC,
                 Progressive Leasing,   256 West Data Drive,   Draper, UT 84020-2315
518180029       +E-mail/Text: ecfbankruptcy@progleasing.com Dec 06 2019 00:00:33     NPRTO North-East, LLC,
                 256 West Data Drive,   Draper, UT 84020-2315
517971181       +E-mail/Text: Bankruptcies@nragroup.com Dec 06 2019 00:01:13     National Recovery Agency,
                 Attn: Bankruptcy,   Po Box 67015,   Harrisburg, PA 17106-7015
517971182       +E-mail/PDF: pa_dc_claims@navient.com Dec 06 2019 00:14:17     Navient,   Attn: Bankruptcy,
                 Po Box 9000,   Wiles-Barr, PA 18773-9000
517971183        E-mail/Text: info@phoenixfinancialsvcs.com Dec 05 2019 23:59:42     Phoenix Financial Services,
                 PO Box 361450,   Indianapolis, IN 46236
517971187       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 06 2019 00:13:31     Regional Acceptance Co,
                 Attn: Bankruptcy,   1424 E Firetower Rd,   Greenville, NC 27858-4105
518006523        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 06 2019 00:13:31     Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
518494805       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 06 2019 00:13:44     T Mobile/ T-Mobile USA Inc.,
                 by American InfoSourse as agent,   4515 N. Santa Fe Ave.,   Oklahoma City, OK 73118-7901
517971192        E-mail/Text: bankruptcy@td.com Dec 06 2019 00:00:31     TD Bank,   PO Box 219,
                 Lewiston, ME 04243
517971196       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 05 2019 23:59:34
                 Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
518122286       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 06 2019 00:15:28     Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517999177         US Bk Cust for PC7 Firsttrust
lm*              +Specialized Loan Servicing/SLS,   Attn: Bankruptcy Dept.,   8742 Lucent Blvd.,   Suite 300,
                  Highlands Ranch, CO 80129-2386
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
           2006-12 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
           2006-12 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph  Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.axosfs.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3                  Date Rcvd: Dec 05, 2019
                              Form ID: pdf905          Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Linda S. Fossi   on behalf of Creditor   US BK Cust for PC7 Firsttrust lfossi@zeitzlawfirm.com,
          gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
         Rebecca Ann Solarz   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12 rsolarz@kmllawgroup.com
         Thomas G. Egner   on behalf of Debtor Tracy L Williams tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                  TOTAL: 8